481 A.2d 609

**John E. MARSHALL**

**v.**

**COMMONWEALTH of Pennsylvania, WORKMEN'S COMPEN- SATION APPEAL BOARD and Gulf & Western Industrial Products Company, Bliss Mackintosh-Hemphill Division.**

**Appeal of GULF & WESTERN INDUSTRIAL PRODUCTS COMPANY, BLISS MACKINTOSH–HEMPHILL DIVISION.**

Supreme Court of Pennsylvania.

Argued Sept. 12, 1984.

Decided Sept. 24, 1984.

Michael E. Relich, Fried, Kane, Walters & Zuschlag, Pittsburgh, for appellant.

John J. Petrush, Petrush & Miller, Beaver, for John E. Marshall.

Thomas J. Magrann, Secretary, W.C.A.B., Harrisburg, for W.C.A.B.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

HUTCHINSON, J., dissents and would reach the merits of the case.